IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL K. SPODAK, M.D. | * |
| v. | * Civil No. JFM-06-3331 |
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, ET AL. | * |

*****

## MEMORANDUM

On December 7, 2009, this court entered an order sealing the record in this case. The order provided, however, that essentially it was "without prejudice to any person moving to unseal all the record in the case for good cause shown."

On May 21, 2010, the Law Office of Evan K. Thalenberg, P.A. a Baltimore law firm that represents children in lead paint poisoning law suits, filed a motion to intervene and a motion to unseal the court file in this case. The plaintiff in this action, Michael K. Spodak, M.D., is a medical doctor who frequently is employed as a defense medical expert in lead paint poisoning law suits.

It is clear that counsel for plaintiffs in any case in which Dr. Spodak appears as a witness is entitled to have access to the materials contained in the court record in this case. Accordingly, Thalenberg's motion to intervene is granted, and his motion to unseal the court file is granted as well.

A separate order affecting the rulings made in this memorandum is being entered herewith.

Date: August 13, 2010

J. Frederick Motz
United States District Judge